**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE  DIVISION**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **FILE NO. 1:06CR36** |
| v | ) | |
| | ) | |
| JOSE MIGUEL DIAZ-VALERIO. | ) | |
| | ) | |


## <u>ORDER</u>

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Cathy Morris Alterman to appear as additional counsel for the defendant in this matter filed on June 5, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Cathy Morris Alterman is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.


Signed: June 6, 2006


Dennis L. Howell
United States Magistrate Judge