# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:06cr36

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOSE MIGUEL DIAZ-VALERIO.** | ) | |
| | ) | |

 

**THIS MATTER** is before the Court on the Defendant's motion to suppress.

The motion is deferred to the time of trial.

**IT IS, THEREFORE, ORDERED** that the motion to suppress is deferred to the time of trial.

Signed: June 12, 2006

Lacy H. Thornburg
United States District Judge